UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLINT PHILLIPS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-CV-01210 SPM |
| ) | |
| OFFICER T. TUGGS, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Clint Phillips, III's Civil Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs and Motion for Appointment of Counsel. [ECF Nos. 1 and 2]. Upon review, the Court finds the Application incomplete and denies it without prejudice. [ECF No. 2]. Should Plaintiff seek to continue this action, no later than **Friday, January 9, 2025**, he must pay the $405 or file a complete Application to Proceed in District Court Without Prepaying Fees or Costs. Additionally, Plaintiff will be required to submit an Amended Complaint on a Prisoner Civil Rights Complaint form no later than **January 9, 2025.**

**I.     Application to Proceed in District Court Without Prepaying Fees or Costs**

With the commencement of this action, Plaintiff, a frequent litigator in this Court, filed an Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF. No. 2]. The Application is incomplete as Plaintiff has failed to fill out his place of employment, his gross pay (if any), all sources of income, all monthly expenses and all debts or financial obligations owed each month. [ECF No. 2 at 1-2.]. As Plaintiff's financial information stands currently, it appears he can pay the full filing fee. For these reasons, the Court will deny Plaintiff's Application to

Proceed in District Court Without Prepaying Fees or Costs, without prejudice. [ECF No. 3]. If he wishes to pursue this action, he may either pay the full filing fee of $405 or submit a renewed and complete Application no later than **Friday, January 9, 2025.**

II.     **Civil Complaint**

Plaintiff filed this action on August 11, 2025. [ECF No. 1]. He asserts violations of his civil rights against Unknown Tuggs, a Bellefontaine Police Officer who he alleges was acting as a security guard during his off-duty hours at QuickTrip on August 9, 2025. Plaintiff claims that Tuggs used excessive force when removing him from the QuickTrip and then illegally detained him until the police could get to the store so that he could be removed from the premises.

Plaintiff, however, has failed to allege the capacity under which he is suing Defendant Tuggs. And although he has named Tuggs as a Bellefontaine Police Officer, it appears that he was acting as an employee of QuickTrip at the time of the incident. Plaintiff must therefore amend his Complaint to make it clear as to the capacity under which he intends to sue Defendant Tuggs.

Additionally, Plaintiff has not indicated whether he is pursuing claims for unlawful imprisonment in this lawsuit and if so, against whom. He must clearly state all claims for relief in the "Statement of Claim" in his Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that no later than **Friday, January 9, 2026**, Plaintiff must either pay the full filing fee of $405 or file a complete an Application to Proceed in District Court Without Prepaying Fees or Costs.

2

**IT IS FURTHER ORDERED** that no later than Friday, January 9, 2026, Plaintiff must file an Amended Complaint on a Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail Plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs, as well as a Prisoner Civil Rights Complaint form.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order in all relevant respects, this action will be dismissed, without prejudice.

Dated this 10th day of December, 2025.

                                                                              _____
                                                                              SHIRLEY PADMORE MENSAH
                                                                              UNITED STATES MAGISTRATE JUDGE